# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2618 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 113 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 27356 |
| | : | |
| MARIO SAUSVILLE-MACIAS, | : | (Out of State) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of July, 2019, upon consideration of the Report and Recommendations of the Disciplinary Board, Mario Sausville-Macias is suspended from the Bar of this Commonwealth for a period of two years, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).